

# Summons
## Collection Information Statement

In the matter of  SHANNON SAPP, 1309 WOODMOOR COURT, COLUMBIA, MO 65202
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 4 (24)
Periods: Form 1040 for the calendar period ending December 31, 2008

**The Commissioner of Internal Revenue**

To: SHANNON SAPP
At: 1609 WOODMOOR COURT, COLUMBIA, MO 65202

You are hereby summoned and required to appear before DEBORAH MAY, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2010 To 06/01/2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

101 PARK DE VILLE DR. STE D, COLUMBIA, MO 65203 (573) 446-1162

Place and time for appearance: At  101 PARK DE VILLE DR. STE D, COLUMBIA, MO 65203

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the 28 day of June, 2010 at 9:00 o'clock A m.

Issued under authority of the Internal Revenue Code this 2 day of June, 2010

DEBORAH MAY  /s/ Deborah May
Signature of issuing officer

REVENUE OFFICER
Title

_____
Signature of approving officer *(if applicable)*

_____
Title

Case 2:10-mc-09015-FJG   Document 1-1   Filed 09/30/10   Page 1 of 2

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 6/11/10 | 8:25 AM |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Tape to Front Door

| Signature | Title |
|---|---|
| Deborah May | Revenue Officer |

---

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Deborah May | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)